UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
TUFAMERICA, INC.,                             :        11 Civ. 1434 (WHP)
                                              :
            Plaintiff,                        :        SCHEDULING ORDER
                                              :
      -against-                               :
                                              :        ┌─────────────────────────────┐
CODIGO MUSIC LLC, et al.,                     :        │ USDC SDNY                   │
                                              :        │ DOCUMENT                    │
            Defendants.                       :        │ ELECTRONICALLY FILED        │
                                              :        │ DOC #:_____      │
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X        │ DATE FILED: 6/23/11         │
                                                       └─────────────────────────────┘

WILLIAM H. PAULEY III, District Judge:

            The parties having appeared for a conference on June 17, 2011, the following

schedule is established on consent:

            (1) The parties shall exchange all documents related to "chain of title" by July 18,
                2011;

            (2) The parties shall notify the Court by November 15, 2011 regarding any
                experts to be utilized and the topic on which each expert will opine;

            (3) All fact discovery shall be completed by November 30, 2011;

            (4) The parties shall submit a joint pre-trial conference in accordance with this
                Court's Individual Practices by January 13, 2012; and

            (5) This Court will hold a final pre-trial conference on January 20, 2012 at 10:00
                a.m.

Dated:  June 22, 2011
        New York, New York

                                    SO ORDERED:


                                    _____
                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of Record:*

Kelly D. Talcott, Esq.
The Law Office of Kelly D. Talcott
34 Grove Street
Sea Cliff, NY 11579
*Counsel for Plaintiff*

Steven M. Kaplan, Esq.
Kaplan & Levenson LLP
630 Third Avenue
New York, NY 10017
*Counsel for the Codigo Defendants*

Beth Kaufman, Esq.
Deidre J. Sheridan, Esq.
Shoeman, Updike & Kaufman LLP
60 East 42nd Street
New York, NY 10165
*Counsel for Sony Music Entertainment*

Michael D. Steger, Esq.
Law Offices of Michael D. Steger, PC
1325 6th Avenue, 27th Floor
New York, NY 10019
*Counsel for the Clyde Otis Music Group*